ACCEPTED
14-14-00406-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 1:45:56 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00406-CR

## FOURTEENTH COURT OF APPEALS

## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 1:45:56 PM
CHRISTOPHER A. PRINE
Clerk

_____

## FOREST PENTON

## V.

## THE STATE OF TEXAS

---

## STATE'S DESIGNATION OF LEAD COUNSEL ON APPEAL

---

**DEVON ANDERSON**
District Attorney
Harris County, Texas

**JESSICA A. CAIRD**
State Bar No. 24000608
Assistant District Attorney
Lead Counsel on Appeal
1201 Franklin, Suite 600
Houston, Texas 77002
(713)755-5826
(713)755-5809 (fax)
caird_jessica@dao.hctx.net

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW THE STATE OF TEXAS, by and through the undersigned assistant district attorney, and, pursuant to Texas Rule of Appellate Procedure 6.1, hereby designates Jessica A. Caird, an assistant district attorney who has been assigned this case by the Appellate Division of the Harris County District Attorney's Office and whose relevant contact information required by said rule appears below, as lead counsel for the State in the foregoing styled and numbered appeal. The State further requests that henceforth all notices or other communications about the case from this Court and opposing counsel be directed to her at the address below, and that her name appear as lead counsel for the State in connection with all opinions, orders, or other documents in the case that this Court releases to any law-related publishing companies or their representatives for publication.

Respectfully submitted,

/s/ *Jessica A. Caird*

**JESSICA A. CAIRD**
Assistant District Attorney
Lead Counsel on Appeal
State Bar No. 24000608
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
(713) 274-5958 (alternate)
caird_jessica@dao.hctx.net

**CERTIFICATE OF SERVICE**

I certify that I have requested that efile.txcourts.gov electronically

serve a copy of this motion to:

Sarah V. Wood at
Sarah.Wood@pdo.hctx.net

/s/ *Jessica A. Caird*

**Jessica A. Caird**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
(713) 274-5958 (alternate)
caird_jessica@dao.hctx.net
TBC No. 24000608

Date: August 6, 2015

2